MICHAEL FAZIO ET AL. *v.* CARRIE BROWN ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 14 Conn. App. 289, is granted, limited to the issue: "Did the Appellate Court err in sustaining the trial court's decision to set aside the verdict and, having done so, did the Appellate Court err in concluding that the trial court properly limited the issue on further proceedings to a hearing in damages?"

*Theodore R. Tyma,* in support of the petition.

*Salvatore C. DePiano,* in opposition.

Decided May 24, 1988

WILLIAM C. LYON *v.* ADGRAPHICS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 14 Conn. App. 252, is denied.

*Lloyd L. Langhammer,* in support of the petition.

*Wesley W. Horton,* in opposition.

Decided May 24, 1988

MEDIPLEX CONSTRUCTION COMPANY OF CONNECTICUT, INC. *v.* CLIFFORD WILLIAMS, SR., D.B.A. WILLIAMS CONSTRUCTION COMPANY

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Mary E. Holzworth,* in support of the petition.

*Andrew J. Pinkes,* in opposition.

Decided June 3, 1988